## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE J. MCMAHON (f/k/a/ Julie Floe), INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | )<br>)<br>) |
| *Plaintiff*, | ) |
| v. | ) Case No.: 0:17-cv-01042-SRN-LIB |
| NAVIENT CORPORATION, ET AL., | ) Judge:<br>) Magistrate: |
| *Defendants*. | ) **JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL

Plaintiff Julie J. McMachon, formerly known as Julie Floe, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC, **without prejudice**.

Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC has filed neither an answer to the Complaint nor a motion for summary judgment, making dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) proper.

Wherefore, Plaintiff respectfully requests that Defendant Rausch, Sturm, Israel, Enerson & Hornik, LLC be dismissed, **without prejudice**.

Dated: May 26, 2017

Respectfully submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – (admitted *pro hav vice*)
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825

    Email: bwise@prwlegal.com

    Garrett D. Balnchfield, Jr. (#209855)
    Roberta A. Yard (#322295)
    REINHARDT WENDORF BLANCHFIELD
    E-1250 First National Bank Building
    332 Minnesota Street
    St. Paul, MN 55101
    Ph: 651-287-2100
    Fax: 651-287-2103
    Email: g.blanchfield@rwblawfirm.com
    Email: r.yard@rwblawfirm.com

    Joel Halvorsen – (*pro hav vice* forthcoming)
    THE HALVORSEN LAW FIRM
    12 Moss Pointe Court
    St. Charles, Missouri 63303
    Ph: 314-325-4292
    Fax: 314-787-4323
    Email: joel@halvorsenlawfirm.com

    COUNSEL FOR PLAINTIFF AND THE CLASSES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notice and allow access to all parties of record.

    /s/ Brandon M. Wise