IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE J. MCMAHON (f/k/a/ Julie Floe), INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff*, <br><br> v. <br><br> NAVIENT CORPORATION, ET AL., <br><br> *Defendants*. | Case No.: 0:17-cv-01042-SRN-LIB <br><br> Judge: <br> Magistrate: <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL**

Plaintiff Julie J. McMachon, formerly known as Julie Floe, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses Defendants Navient Corporation, Navient Solutions, Inc., and Navient Credit Finance Corp., **without prejudice**.

These Defendants have filed neither answers to the Complaint nor motions for summary judgment, making dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) proper.

Wherefore, Plaintiff respectfully requests that Defendants Navient Corporation, Navient Solutions, Inc., and Navient Credit Finance Corp. be dismissed, **without prejudice**.

Dated: June 26, 2017              Respectfully submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – (admitted *pro hav vice*)
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@prwlegal.com

        Garrett D. Balnchfield, Jr. (#209855)
        Roberta A. Yard (#322295)
        REINHARDT WENDORF BLANCHFIELD
        E-1250 First National Bank Building
        332 Minnesota Street
        St. Paul, MN 55101
        Ph: 651-287-2100
        Fax: 651-287-2103
        Email: g.blanchfield@rwblawfirm.com
        Email: r.yard@rwblawfirm.com

        Joel Halvorsen – (*pro hav vice* forthcoming)
        THE HALVORSEN LAW FIRM
        12 Moss Pointe Court
        St. Charles, Missouri 63303
        Ph: 314-325-4292
        Fax: 314-787-4323
        Email: joel@halvorsenlawfirm.com

        COUNSEL FOR PLAINTIFF AND THE CLASSES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notice and allow access to all parties of record.

        /s/ Brandon M. Wise