# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie J. McMahon (f/k/a Jule Floe), Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Navient Corporation, et al.,<br><br>Defendants. | Case No. 17-cv-01042 (SRN/LIB)<br><br>**ORDER DISMISSING CASE** |

Based upon the Notice of Dismissal filed by the Plaintiff herein [Doc. No. 33], and upon all of the files, records, and proceedings in this matter, the Court orders this case to be dismissed without prejudice and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 26, 2017                    s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Court