# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie J. McMahon,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 17-cv-1042 SRN/LIB

Delta Management Associates, Inc.,
Navient Corporation, Navient Credit
Finance Corp., Navient Solutions, Inc.,
Rausch, Sturm, Israel, Enerson &
Hornik, LLC, and Doe Defendants 1-10,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the Notice of Dismissal filed by the Plaintiff herein [Doc. No. 33], and upon all of the files, records, and proceedings in this matter, this case is dismissed without prejudice and without costs or disbursements to any party.

Date: 6/27/2017

RICHARD D. SLETTEN, CLERK

s/LP Holden

(By)   LP Holden, Deputy Clerk